UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br><br>Plaintiff(s),<br><br>v.<br><br>JAMES QUINTON BAXTER, et al.,<br><br>Defendant(s). | CASE NO. C24-0409-KKE<br><br>ORDER TO SHOW CAUSE |

Plaintiff filed a complaint in March 2024, and there is no evidence on the docket that Defendants have been served since that time. Dkt. No. 1. Plaintiff is ORDERED TO SHOW CAUSE no later than October 4, 2024, why this case should not be dismissed without prejudice for failure to prosecute.

Dated this 13th day of September, 2024.

Kymberly K. Evanson
United States District Judge

ORDER TO SHOW CAUSE - 1