UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN FAMILY INSURANCE COMPANY,<br><br>                Plaintiff(s),<br>   v.<br><br>JAMES QUINTON BAXTER, et al.,<br><br>                Defendant(s). | CASE NO. C24-0409-KKE<br><br>ORDER OF DISMISSAL |

Plaintiff filed a motion for voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A). The Court GRANTS Plaintiff's motion (Dkt. No. 9) and DISMISSES this action without prejudice.

Dated this 18th day of September, 2024.

_____
Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL - 1